UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,　　　　　　　　　　15 CR 778-03 (PKC)

　　　　　　　-against-　　　　　　　　　　　　　　　ORDER

GERONIMO AYBAR,

　　　　　　　　　Defendants.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S. District Judge:

　　　　　The Curcio Hearing scheduled for December 20, 2019 is moved up to December 17, 2019 at 1:30 p.m. in Courtroom 11D.

　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　P. Kevin Castel
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:　New York, New York
　　　　December 13, 2019