UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,   15 CR 778-03 (PKC)

-against-   ORDER

GERONIMO AYBAR,

                Defendants.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S. District Judge:

      The Curcio hearing in this matter is scheduled for January 22, 2020 at 11:30 a.m. in Courtroom 11D. The government, Justin Levine, Joshua Dratel and the defendant must be present.

      SO ORDERED.

                                                P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
         December 17, 2019