UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

Geronimo Aybar,
                 Defendants.
-------------------------------------------------------x

ORDER

S1 15 CR 778-3(PKC)

P. Kevin Castel, U.S.D.J.

Justin Levine, attorney assigned to this case, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to CJA counsel, Joshua Dratel.

SO ORDERED.

_____
United States District Judge

Dated: New York, New York

1-22-20